UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 15-049** |
| v. | * | **SECTION: "MAG"** |
| **ROBERT DURST** | * | |

\* \* \*

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE HONORABLE SALLY SHUSHAN, UNITED STATES MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

The petition of the United States of America, appearing herein through Myles Drew Ranier, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court: That **ROBERT DURST** (W/M, DOB: 1943), is now confined in Orleans Parish Prison in New Orleans, Louisiana, and is in the custody of the Sheriff of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **ROBERT DURST** was charged in the United States District Court for the Eastern District of Louisiana with violation of Title 18, United States Code, Section 922(g)(1) and that it is necessary for the said **ROBERT DURST** to appear for an initial appearance and arraignment pursuant to a complaint in the United States District Court for the Eastern District of Louisiana, on or before the **14th day of April, 2015, at 2:00 p.m.**, before United States District Judge Lance M. Africk, and **remain in the custody of the United States Marshal until resolution of all federal charges pending against him,** and thereafter is to be returned to the custody of the Sheriff of Orleans Parish Prison in New Orleans, Louisiana.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Sheriff of Orleans Parish Prison in New Orleans, Louisiana, or one of his authorized deputies, ordering and directing said Sheriff of said institution, or one of his authorized deputies, to surrender the body of the said **ROBERT DURST** to the United States Marshal for the Eastern District of Louisiana, or to one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by said United States Marshal, on or before the **14th day of April, 2015, at 2:00 p.m.**, before United States District Judge Lance M. Africk, to appear for an initial appearance and arraignment pursuant to a complaint after which **ROBERT DURST is to remain in the custody of the United States Marshal until resolution of federal charges pending against him,** and thereafter be returned by said United States Marshal, or one of his authorized deputies, to the Orleans Parish Prison in New Orleans, Louisiana, and there be surrendered to the Sheriff of said institution, or one of his authorized deputies.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

/s/ Myles Drew Ranier
MYLES DREW RANIER
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3087

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to defense counsel of record.

                                                /s/ Myles Drew Ranier
                                                MYLES DREW RANIER
                                                Assistant United States Attorney